1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   <u>8033 Linda Vista Road, Suite 200</u>
4  <u>San Diego, CA 92111</u>
   (858) 375-7385; (888) 422-5191 fax
5  AmandaS@potterhandy.com

6  Attorneys for Plaintiff, LUIS MARQUEZ

7
                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9

10 | LUIS MARQUEZ,                         | Case No.: 2:20-cv-07335-MWF-GJS
11 |         Plaintiff,                    |
12 |     v.                                | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**
13 | HASHIM SAYEED; FIRESTONE AUTO CARE & OIL, INC., a California Corporation; and Does 1-10, |
14 |                                       |
15 |         Defendants.                   |

   The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

   The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

                              CENTER FOR DISABILITY ACCESS

   Dated: <u>November 10, 2020</u>    By: <u>/s/ Amanda Seabock</u>
                                           Amanda Seabock
                                           Attorney for Plaintiff

---

Notice of Settlement            -1-              2:20-cv-07335-MWF-GJS