CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>HASHIM SAYEED; FIRESTONE AUTO CARE & OIL, INC., a California Corporation; and Does 1-10,<br><br>   Defendants. | **Case:** 2:20-cv-07335-MWF-GJS<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Luis Marquez, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants HASHIM SAYEED and FIRESTONE AUTO CARE & OIL, INC., a California Corporation have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: October 27, 2020         CENTER FOR DISABILITY ACCESS


                By: /s/ Amanda Seabock
                Amanda Seabock
                Attorney for Plaintiff